ROSE GOLDKOPF, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, November 29, 1933.

*E. C. Sherwood* [*O. A. Thompson* of counsel], for the appellant.

*Bernard Budnick*, for the respondent.

PER CURIAM. Judgment affirmed, with twenty-three dollars costs.

LYDON and LEVY, JJ., concur.

CALLAHAN, J. (dissenting). I dissent and vote to reverse the judgment and dismiss the complaint on the merits on the ground that gas ranges furnished by a landlord in renting an apartment are not a part of the multiple dwelling within section 78 of the Multiple Dwelling Law.